550 new

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name CHANdLER  DERECK
     (Last)        (First)        (Initial)

Prisoner Number K-03676

Institutional Address SAN QUENTIN STATE PRISON

FILED JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DERECK CHANdLER,
(Enter the full name of plaintiff in this action.)

vs.

DECRECK CHANdLER: for
DEPARTMENT OF CORRECTION,
S. PANG / PAROLE Agent SP,
C. Sidney / PAROLE Agent
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 2889 SBA (PR)
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement SAN QUENTIN State Prison

B. Is there a grievance procedure in this institution?
   YES (X)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES (X)   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                    - 1 -

1      1. Informal appeal    Denied

2. First formal level    Denied

3. Second formal level    Denied

4. Third formal level    DENIED

E.    Is the last level to which you appealed the highest level of appeal available to you?

     YES (✓)    NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why. _____

II.    Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs, if any. DERECK CHANDLER San Quentin State Prison

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT          -2-

1. Dept of Correction
2. G. Pang / Parole Agent SP.
3. C. Sidney / Parole Agent

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I was Parole To Alameda County on 12-24-07. Because of my last arrest in Oakland. My last Place of Residence was Richmond Ca in Costa Costa County. I am Homeless in Alameda County.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

To be Transferre back to Costa Costa County where i was Residing with my Family

COMPLAINT                        - 3 -

|     |                                                                                  |
| --- | -------------------------------------------------------------------------------- |
| 1   | _____                                                   |
| 2   | _____                                                   |
| 3   | _____                                                   |
| 4   | _____                                                   |
| 5   | I declare under penalty of perjury that the foregoing is true and correct.       |
| 6   |                                                                                  |
| 7   | Signed this __2__ day of __JUNE__, 20__08__                                      |
| 8   |                                                                                  |
| 9   | _MR. Derech Chandler_                                                            |
| 10  | (Plaintiff's signature)                                                          |

COMPLAINT                                           - 4 -

DERECK CHANDLER-K-03676/GYM-314
San Quentin State Prison
San Quentin, CALIF 94974

*LEGAL-MAIL*

Clerk, United States District Court
For The Northern District of California
450 Golden Gate Ave
Box 36060
San Francisco, CALIF 94102